UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RICHARD CLINTON FOSHEE, | No. 25-8149 |
| Plaintiff - Appellant, | D.C. No. 8:23-cv-00375-ODW-JDE Central District of California, Santa Ana |
| v. | |
| UNITED STATES OF AMERICA, | ORDER |
| Defendant - Appellee, | |
| and | |
| UNITED STATES POSTAL SERVICE and AHMAD SHAFIQ HAIDARY, | |
| Defendants. | |

On March 25, 2026, the district court resolved the post-judgment motion. The stay of proceedings is therefore lifted and this appeal will proceed.

The opening brief is due June 29, 2026. The answering brief is due July 29, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT